### EL PUEBLO, DEMANDANTE Y APELADO *v.* COLÓN, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce, en causa por delito de infracción a la Ley del Servicio Civil.

No. 1116.—Resuelto en julio 9, 1917.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1084, *El Pueblo* v. *Wys,* p. 510.

Los hechos están expresados en la opinión.

El apelante no compareció.

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal

La acusación en este caso no difiere materialmente de la del caso de *El Pueblo* v. *Wys* que acabamos de decidir. El acusado se confesó culpable pero apeló de la sentencia; pero, sin embargo, como la acusación no establece un delito público, la sentencia, a pesar de la confesión de culpabilidad, debe ser revocada de conformidad con los principios establecidos en el caso de *El Pueblo* v. *García,* 23 D. P. R. 730.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Aldrey.

Los Jueces Asociados Sres. del Toro y Hutchison, disintieron.